UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIPT #
AMOUNT $ N/A
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

BENOIT BUNDU,

    Plaintiff,

v.

FRANCOISE BUNDU,

    Defendant.

Case No.

Formerly Middlesex Probate and
Family Court Case No. 00D-1927-D

05 10840 RWZ

MAGISTRATE JUDGE _____

**NOTICE OF REMOVAL**

    The United States Department of Homeland Security, Citizenship and Immigration Services ("CIS"), by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Gregg Shapiro, Assistant United States Attorney, petitions this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, to remove this matter from the Probate and Family Court of the Commonwealth of Massachusetts based on a subpoena and order that CIS has received from plaintiff Bundu. In support of this petition, CIS states as follows:

    1.    CIS is a component of the Department of Homeland Security, an agency of the United States.

    2.    In late January or early February 2005, plaintiff Bundu served on CIS a subpoena seeking information from the CIS immigration file of defendant Francoise Bundu. See Attachment A.

    3.    On March 24, 2005, plaintiff Bundu filed a motion asking that the Probate and Family Court direct CIS to release defendant Bundu's immigration file to his counsel. See

1

Attachment B. Plaintiff Bundu did not serve his motion on CIS. On March 25, 2005, the Probate and Family Court signed an order directing that plaintiff's counsel be allowed to see a copy of CIS documents pertaining to defendant Bundu. See Attachment C. On or about March 31, 2005, plaintiff Bundu provided CIS with a copy of his motion and the Probate and Family Court order.

4.      This action is removable to this Court, pursuant to 28 U.S.C. § 1442(a)(1), because plaintiff Bundu is seeking to enforce a subpoena served on CIS, a component of an agency of the United States. Moreover, the removal of this action is timely under the provisions of 28 U.S.C. § 1446(b), because less than 30 days have passed since plaintiff Bundu provided CIS with a copy of the Probate and Family Court's order. See Swett v. Schenk, 792 F.2d 1447 (9th Cir. 1986).

5.      Copies of all pleadings received by the United States are attached hereto.

Respectfully submitted,

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, CITIZENSHIP AND
IMMIGRATION SERVICES

By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

Dated: April 26, 2005

GREGG SHAPIRO
Assistant United States Attorney
Office of the United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3366

## Certificate of Service

I hereby certify that, on April 26, 2005, I caused copies of the foregoing Notice of Removal to be served by first-class mail, postage pre-paid, on the following:

| | |
|---|---|
| Lisa Belmarsh, Esq.<br>Landry and Associates<br>22 Union Avenue<br>Sudbury, MA 01776-2258 | Mary Beth Sweeney, Esq.<br>Atwood & Cherny, P.C.<br>101 Huntington Avenue, 25th Floor<br>Boston, MA 02199 |
| Counsel for Francoise Bundu | Counsel for Benoit Bundu |

_____
Gregg Shapiro

Apr-13-05  09:31am  From-CHIEF COUNSEL BOSTON    Case 1:05-cv-10840-RWZ    Document 1-2    Filed 04/26/2005    Page 7 of 13    T-225  P.007/017  F-439

JAN-28-2005 FRI 04:37 PM                                    FAX NO.                                            P. 03

**COMMONWEALTH OF MASSACHUSETTS**
The Trial Court
Probate & Family Court Department

**MIDDLESEX DIVISION**                                      DOCKET #00D-1927-D

| | |
|---|---|
| BENOIT BUNDU | **DEPOSITION SUBPOENA** |
| PLAINTIFF | |
| v. | **AND** |
| FRANCOISE BUNDU | **SUBPOENA DUCES TECUM KEEPER OF RECORDS UNITED STATES DEPARTMENT OF IMMIGRATION AND NATURALIZATION** |
| DEFENDANT | |

To:  Keeper of the Records
     Attention: Mr. Cashman
     United States Citizenship and
     Immigration Services
     JFK Federal Building Room #425
     Boston, MA 02203

**GREETINGS,**

**YOU ARE HEREBY COMMANDED,** in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rules 30(a) and 45 of the Massachusetts Rules of Domestic Relations Procedure, to appear and testify on behalf of Plaintiff, Benoit Bundu before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths, commencing at Atwood & Cherny, P.C., 101 Huntington Avenue, 25th Floor, Boston, MA 02199 on **February 8, 2005 at 10:00 a.m.**, and there to testify as to your knowledge at the taking of the deposition in the above-entitled action.

*And you are further required to bring with you:*

- See Attached Schedule A.
- In lieu of appearance you may forward the documents to the attorneys for the Plaintiff, Benoit Bundu, at Atwood & Cherny, P.C., 101 Huntington Avenue, 25th Floor, Boston, Massachusetts, by the end of the business day on Monday, February 7, 2005.

**HEREOF FAIL NOT,** as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Apr-13-05   09:31am   From-CHIEF COUNSEL BOSTON            671 565-4970         T-225   P.002/003   F-439
Case 1:05-cv-10840-RWZ   Document 1-2   Filed 04/26/2005   Page 2 of 3

JAN-28-2005 FRI 04:38 PM                                FAX NO.                              P. 04

Dated at: Boston, MA this 28th day of January, A.D. 2005.

*M B Sweeney*

Mary Beth Sweeney, Esquire
Attorney for Benoit Bundu
Atwood & Cherny, P.C.
25th Floor
101 Huntington Avenue
Boston, MA 02115
(617) 262-6400

*Carrie Ann Lathrop*

Notary Public
My Commission Expires: _____

CARRIE ANN LATHROP
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 7, 2008

## BUNDU v. BUNDU
## SCHEDULE A

1. Any and all documents pertaining to Francoise Bundu (file Number A # 076-964-955)(date of birth 11/13/67)(social security # 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) that you have in your possession, including but not limited to any applications and/or petitions for visas, residency status, or requests for entry into this country.

2. Any and all documents and/or records concerning any actions that have been taken, or are scheduled to be taken, by the Immigration Court concerning Francoise Bundu;

3. Any and all documents and/or records reflecting any motions or pleadings submitted on behalf of Francoise Bundu.

4. Any and all documents and/or records evidencing any AVOWA petitions filed on the behalf of Francoise Bundu.

5. Any and all documents and/records reflecting any pending actions on the immigration status of Francoise Bundu, including but not limited to any scheduled hearings.

6. Copies of any audio cassettes or other documentation or tangible thing which reflects a hearing that was held at your office on this matter on or about February 4, 2004.

## COMMONWEALTH OF MASSACHUSETTS
### The Trial Court
### Probate & Family Court Department

**MIDDLESEX DIVISION**                                       DOCKET #00D-1927-D

BENOIT BUNDU
            PLAINTIFF

v.

FRANCOISE BUNDU,

            DEFENDANT

### ORDER

### PLAINTIFF'S EX PARTE MOTION FOR COURT ORDER ALLOWING RELEASE OF DEFENDANT'S IMMIGRATION FILE



*Mary Beth Sweeney, Esq*

After hearing on the matter, it is hereby **ORDERED** that counsel for the Plaintiff, Benoit Bundu, be allowed to have a copy of any and all documents pertaining to the Defendant, Francoise Bundu, (file Number A # 076-964-955)(date of birth 11/13/67)(social security # 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), in the possession of the United States Office of Homeland Security and/or the United States Citizenship and Immigration Services.

*Angela M. Ordoñez*
Probate & Family Court, Justice

COMMONWEALTH OF MASSACHUSETTS
The Trial Court
Probate & Family Court Department

**MIDDLESEX DIVISION**                                      DOCKET #00D-1927-D

**BENOIT BUNDU**

    **PLAINTIFF**

v.

**FRANCOISE BUNDU,**

    **DEFENDANT**

**PLAINTIFF'S MOTION
FOR COURT ORDER ALLOWING THE OFFICE OF IMMIGRAITON
AND NATURALIZATION SERVICES TO RELEASE A COPY OF
OF DEFENDANT'S IMMIGRATION FILE
TO COUNSEL FOR THE PLAINTIFF**

NOW COMES the Plaintiff, Benoit Bundu (hereinafter the "Husband") and respectfully requests this Court grant his Motion For Court Order Allowing The Office of Immigration And Naturalization Services to Release A copy of Defendant's Immigration File to Counsel for the Plaintiff:

1. The Husband and Francois Bundu (hereinafter the "Wife") were married on May 21, 1999 in Cambridge, Massachusetts.

2. The Husband is a naturalized citizen of the United States and the Wife is a resident alien of the Congo and petitioning to obtain citizenship in the United States.

3. The parties have twin children: Maya and Betoya Bundu, born on October 30, 2003.

4. Some time in January, 2004, and in violation of Court orders the Wife kidnapped the parties children and fled first to Belgium and then to the Congo.

5. Husband has not seen his twins for over a year.

*[Stamp: MIDDLESEX, SS. PROBATE COURT A TRUE COPY ATTESTED John R. [signature] REGISTER 3/25/0[5]]*

Middlesex ss. March 25, 2005
The Above Motion is Hereby Allowed ~~Denied~~

FILED  MAR 25 2005  _[signature]_ (3)
          Justice of Probate

6. When the Husband learned the Wife was in Belgium he initiated Hague Convention Proceedings to bring the children back to the United States. The Wife learned of the proceedings and fled to the Congo, which is not a signatory to the Hague Convention.

7. The Wife's actions constitute kidnapping.

8. This Court (McSweeney, J.) awarded sole legal and physical custody of the children to the Father in March, 2005. The Court issued a bench warrant for the Wife's arrest and ordered the Wife to return to the United States with the children.

9. The Wife has ignored the Court orders.

10. The Father has been working with agencies for over a year to bring the children back to the United States.

11. Father subpoenaed the Wife's INS file on January 28, 2005 asking for a copy of Wife's immigration file. The records were due on February 5, 2005 in response to the subpoena;

12. Husband's Counsel then began inquiring of INS as to where the documents were;

13. On March 23, 2005, Husband's counsel was informed by INS that the request was responded to in writing to Husband's counsel requiring a Court Order before the records could be released. That INS letter dated February 2, 2005 was returned to the INS (having never reached Husband's counsel) as INS utilized the wrong zip code for counsel's address;

14. Husband understands Wife has a proceeding scheduled on February 5, 2005 and there is a possibility the Wife will be returning to the US to attend the hearing;

15. Accordingly, it is imperative that the Husband be permitted to receive a copy of the Wife's INS file so that he may understand the nature of any proceedings occurring in

the INS as it may relate to his children.

NOW WHEREFORE, the Husband requests this Honorable Court grant an Order releasing the Defendant's Immigration file.

> Respectfully submitted,
> Benoit Bundu,
> By his attorneys,
>
> Mary Beth Sweeney, BBO #641436
> Thomas D. Ritter, BBO # 654323
> Atwood & Cherny, P.C.
> 101 Huntington Avenue
> 25th Floor
> Boston, MA 02199
> (617) 262-6400

Dated: March 24, 2005

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BENOIT BUNDU,

### DEFENDANTS
FRANCOISE BUNDU

10840

(b) County of Residence of First Listed Plaintiff  **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  **Middlesex**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney'S (Firm Name, Address, and Telephone Number)
Benoit Bundu: Mary Beth Sweeney, Esq.
Atwood & Cherny, PC, 101 Huntington Ave,
Boston, MA 02199
Francoise Bundu: Lisa Belmarsh, Esq
Landry & Associates, 22 Union Avenue,
Sudbury, MA 01776

Attorneys (If Known)    For USA:  Dept of Homeland Security
Gregg Shapiro, AUSA, U.S. Attorney's Office, 1 Courthouse Way
Moakley U.S. Courthouse
Boston, MA 02210
tel: (617) 748-3100

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- 1 U.S. Government Plaintiff
- X 2 U.S Government Defendant  s 1442
- 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury -- Product Liability | 625 Drug Related Seizure of Property 21 USC |  | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability |  | 640 R.R & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other |  | 850 Securities/Commodities/ Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability |  |  | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus: |  | 864 SSID Title XVI | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment |  | 740 Railway Labor Act | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | 790 Other Labor Litigation | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land |  | 535 Death Penalty |  | 870 Taxes (U.S. Plaintiff or Defendant) |  |
| 245 Tort Product Liability | 444 Welfare | 540 Mandamus & Other | 791 Empl. Ret. Inc. Security Act |  | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 440 Other Civil Rights | 550 Civil Rights |  | 871 IRS - Third Party 26 USC 7609 | X 890 Other Statutory Actions |
|  |  | 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- 1 Original Proceeding
- X 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Removal of Family Court matter pursuant to 28 U.S.C., s. 1442 based on subpoena served on third-party Defendant Department of Homeland Security.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  Yes  No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE  4/26/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Benoit Bindu v. Francoise Bundu

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    X   II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,          *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.             for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

    N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                                              YES ☐           X NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
                                                                              YES ☐           X NO
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                              YES ☐           NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
                                                                              YES ☐           X NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                                              YES X           ☐ NO

    A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
        EASTERN DIVISION X     CENTRAL DIVISION ☐     WESTERN DIVISION ☐

    B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
        EASTERN DIVISION       CENTRAL DIVISION ☐     WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Gregg Shapiro, Assiistant U.S. Attorney
ADDRESS   U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210
TELEPHONE NO.   (617) 748-3366

(CATEGORY SHEET Pg2.wpd - 11/27/00)