UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BENOIT BUNDU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANCOISE BUNDU,<br><br>　　　　Defendant. | Case No. 05-10840-RWZ<br><br>Formerly Middlesex Probate and<br>Family Court Case No. 00D-1927-D |

### STIPULATION TO REMAND

WHEREAS, plaintiff Benoit Bundu has served a subpoena on third party United States Department of Homeland Security, Citizenship and Immigration Services ("CIS"), and has obtained an order from the Middlesex Probate and Family Court purporting to enforce the subpoena; and

WHEREAS, on this date, April 26, 2005, CIS filed in this Court a notice of removal of this action from the Middlesex Probate and Family Court to this Court, but CIS has not yet forwarded a copy of its notice of removal to the Middlesex Probate and Family Court;

Benoit Bundu and CIS hereby STIPULATE AND AGREE as follows:

1.　　　Benoit Bundu withdraws without prejudice the subpoena he served on CIS;

1

2. Because the withdrawal of the subpoena eliminates the jurisdictional basis for the removal of this action to federal court, the removal is moot and the matter shall be remanded immediately to the Middlesex Probate and Family Court.

**SO STIPULATED**

| | |
|---|---|
| BENOIT BUNDU | UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES |
| By his attorneys, | |
| | By its attorneys, |
| *Mary Beth Sweeney /by permission GJS* | |
| Mary Beth Sweeney, Esq. | MICHAEL J. SULLIVAN |
| Atwood & Cherny, P.C. | United States Attorney |
| 101 Huntington Avenue, 25th Floor | |
| Boston, MA 02199 | *Gregg Shapiro* |
| | Gregg Shapiro |
| | Assistant United States Attorney |
| | Office of the United States Attorney |
| Dated: April 26, 2005 | One Courthouse Way, Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3366 |

**SO ORDERED**

_____          Dated: _____

Rya W. Zobel
United States District Judge

2

## Certificate of Service

I hereby certify that, on April 26, 2005, I caused copies of the foregoing Stipulation of Remand to be served by first-class mail, postage pre-paid, on the following:

| | |
|---|---|
| Lisa Belmarsh, Esq.<br>Landry and Associates<br>22 Union Avenue<br>Sudbury, MA 01776-2258 | Mary Beth Sweeney, Esq.<br>Atwood & Cherny, P.C.<br>101 Huntington Avenue, 25th Floor<br>Boston, MA 02199 |
| John Puleo, Esq.<br>Hassan & Reardon, P.C.<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199 | Counsel for Benoit Bundu |
| Counsel for Francoise Bundu | |

_____
Gregg Shapiro